[No. 38511-9-I.    Division One.    April 19, 1999.]

ROSS WILLARD, ET AL., *Appellants*, v. TIMOTHY WANDELL, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00102-1, Alan R. Hancock, J., entered February 9 and March 22, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington, J.; Baker, J., dissenting.

[No. 38560-7-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLETUS MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06188-1, Laura Inveen, J., entered April 8, 1996. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Cox, JJ.

[No. 39744-3-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH DEANNE THORPE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00276-8, Thomas J. Wynne, J., entered November 5, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 40876-3-I.    Division One.    April 19, 1999.]

*In the Matter of the Marriage of* BRIDGET D. TRAMMELL, *Respondent*, and WILLIAM TRAMMELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-02569-6, J. Kathleen Learned and Sharon S. Armstrong, JJ., entered May 22 and June 12, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Coleman, J.